CAROLINE R. STRONG and Others, Respondents, Appellants, v. THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN IN SUFFOLK COUNTY, NEW YORK, Appellant, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Requests to find, proposed by plaintiffs and found by the trial court, and numbered as follows: 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 18, 19, 34, 35, 36, 37, 39, 41, 45, 47, 48, 49, 52, 53, being inconsistent with the decision, are reversed. Order and order as resettled, denying defendants' motion to resettle such findings, affirmed, without costs. The court had no power to amend findings after the entry of judgment. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. [133 Misc. 165.]

WESTON WAGONER, Respondent, v. VERNUM C. STEVENS, Appellant.— Order granting, upon terms, plaintiff's motion for leave to serve an amended complaint affirmed, with ten dollars costs and disbursements; plaintiff to serve such amended complaint within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

SAMUEL WAXMAN, Appellant, v. JACOB WILLIAMSON, Respondent, and " HENRY " E. GLICKMAN, First Name Fictitious, True First Name Being Unknown to Plaintiff, Defendant.— Order dated March 18, 1930, in so far as it denies motion to strike out answer and for summary judgment, and order dated April 14, 1930, denying, on reargument, motion to strike out answer and for summary judgment, reversed upon the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion for summary judgment granted, with ten dollars costs, to the extent of the amount due on the promissory note with interest plus an allowance of ten per cent of the amount due on said note to cover the expense of collecting the same. In our opinion, the answer to the amended complaint alleges no good defense, and the counterclaim contained in the third affirmative defense does not state facts sufficient to constitute a cause of action against the plaintiff and is insufficient in law as a defense. Appeal from order denying motion to resettle orders dismissed, without costs. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.